UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBIQUITI INC.,

                Plaintiff,

-against-

PERASO TECHNOLOGIES INC.,

                Defendant.

1:20- CV-1312

RULE 7.1 DISCLOSURE STATEMENT FOR UBIQUITI INC.

Plaintiff Ubiquiti Inc. is a Delaware corporation, the stock of which is traded on the New York Stock Exchanges under the symbol "UI."

No publicly held company directly owns more than 10% of the stock of Ubiquiti Inc.

Dated:    New York, New York
            February 14, 2020

                                     DUANE MORRIS LLP

                                     By: */s/ Mario Aieta*
                                     230 Park Avenue, Suite 1130
                                     New York, New York 10169
                                     Phone: (212) 404-8755
                                     Email: maieta@duanemorris.com

                                     *Attorneys for Plaintiff*
                                     *Ubiquiti Inc.*