UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBIQUITI INC., <br><br> Plaintiff, <br><br> -against- <br><br> PERASO TECHNOLOGIES INC., <br><br> Defendant. | CIVIL ACTION NO. 1:20-cv-01312 <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE THAT** Mario Aieta of the law firm Duane Morris LLP hereby appears as counsel on behalf of Plaintiff Ubiquiti Inc. in the above-captioned action and requests that all papers in connection with the matter be served upon the undersigned at the address listed below.

Dated:   New York, New York
         February 14, 2020

                                            DUANE MORRIS LLP

                                            By: /s/ Mario Aieta
                                                Mario Aieta
                                            230 Park Avenue, Suite 1130
                                            New York, New York 10169
                                            Phone: (212) 404-8755
                                            Email: MAieta@duanemorris.com