AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| UBIQUITI INC., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| PERASO TECHNOLOGIES INC., | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   1:20-cv-01312

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peraso Technologies Inc.
144 Front Street West, Suite 685
Toronto, Ontario, M5J 2L7
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mario Aieta
Duane Morris LLP
230 Park Avenue, Suite 1130
New York, NY 10169
(212) 404-8755
Email: MAieta@duanemorris.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   2/18/2020

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-01312

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   *Peraso Technologies Inc.*
was received by me on *(date)*   *Feb. 18/20*   .

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*   *Kunho Kim, Test Developer* , who is
designated by law to accept service of process on behalf of *(name of organization)*
*Peraso Technologies Inc.*   on *(date)* *February 18, 2020*; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: *February 18, 2020*

                         *Ross Lynch*
                                Server's signature

                      *Ross Lynch, Process Server*
                                Printed name and title

                           *Toronto, Ont.*
                                  Server's address

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]   [ Reset ]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBIQUITI INC.,

Plaintiff,

-against-

PERASO TECHNOLOGIES, INC.,

Defendant.

1:20-CV-01312 -LTS

AFFIDAVIT OF
SERVICE

PROVINCE OF ONTARIO   )
                      ) ss.:
CITY OF TORONTO       )

The undersigned, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age and reside in City of Toronto, in the Province of Ontario.

2.      On February 18, 2020, I served true copies of the **Summons in a Civil Action**, **Civil Cover Sheet**, **Complaint**, **Plaintiff's Rule 7.1 Disclosure, and Individual Practices of Judge Laura Taylor Swain** upon:  Peraso Technologies, Inc., by delivering to and leaving with Kunho Kim, test developer, true and correct copies of said documents. At the time of said service, Kunho Kim stated that he is duly authorized to accept service of legal documents on behalf of Peraso Technologies, Inc.

3.      Kunho Kim is described as an Asian male, approximately 25-35 years of age, 150-160 lbs., 5'10" tall, and has dark, straight hair.

_ROSS LYNCH_
ROSS LYNCH

Sworn to before me this
18th day of February, 2020

_Lawrence Veregin_
Notary Public