UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Ubiquiti Inc.,

                Plaintiff(s),

    -v-

Peraso Technologies Inc.,

                Defendant(s).
-------------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

20 Civ. 1312 (LTS)(GWG)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:*  _____  _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| ___ | If referral is for discovery disputes for a specific period when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Referral for discovery disputes requiring prompt attention at any time when the District Judge is not immediately available (e.g., on trial or out of town) | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | | Particular Motion:_____  _____ |
| ___ | Inquest After Default/Damages Hearing | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
              March 4, 2020

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge