

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UBIQUITI INC.,

        Plaintiff,                            Civil Action No. 1:20-cv-01312-LTS-GWG

    -against-                               AFFIDAVIT OF SERVICE

PERASO TECHNOLOGIES INC., et al.,

        Defendants.
-----------------------------------------------------------X
STATE OF ARIZONA    )
        S.S.:
COUNTY OF MARICOPA )

        **LARRY HAYNES**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 13th day of March, 2020, at approximately 4:15 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT, ORDER OF REFERENCE TO A MAGISTRATE JUDGE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN, INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN, CIVIL COVER SHEET, AND RULE 7.1 DISCLOSURE STATEMENT FOR UBIQUITI INC.** upon **BILL MCLEAN** at 13452 E. Desert Trail, Scottsdale, AZ 85259, by personally delivering and leaving the same with **BILL MCLEAN** at that address. At the time of service, deponent asked **BILL MCLEAN** whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **BILL MCLEAN** is a white male, approximately 60 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 170 pounds with brown hair and brown eyes.

*/s/ Larry Haynes*

**LARRY HAYNES**

Sworn to before me this
23rd day of March, 2020

_____
NOTARY PUBLIC

CRAIG PODGURSKI JR
Notary Public - Arizona
Maricopa County
My Comm. Expires Dec 15, 2020

D.L.S., Inc.
401 Broadway
Suite 510
New York, NY 10013
212-925-1220
www.dlsnational.com