UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBIQUITI INC.,

                        Plaintiff,

    v.                                          Civil No.: 20-CV-1312

PERASO TECHNOLOGIES INC., BILL McLEAN,
JIM WHITAKER, SHAWN ABBOT, DAVID
ADDERLEY, IMED ZINE and RIAD ZINE,

                        Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby appears on behalf of defendant Peraso Technologies Inc., in the above-captioned matter, and that we hereby demand service upon us of a copy of all subsequent written communications, pleadings, notices, or other papers.

Dated:      Buffalo, New York
               March 27, 2020

                                              **HODGSON RUSS** LLP
                                              *Attorneys for Defendant Peraso Technologies Inc.*

                                By:     s/Jodyann Galvin
                                          Jodyann Galvin
                                          The Guaranty Building
                                          140 Pearl Street
                                          Suite 100
                                          Buffalo, New York 14202-4040
                                          Telephone: 716.848.1520