UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBIQUITI INC.,

                      Plaintiff,

     v.                                             Civil No.: 20-CV-1312

PERASO TECHNOLOGIES INC., BILL McLEAN,
JIM WHITAKER, SHAWN ABBOT, DAVID
ADDERLEY, IMED ZINE and RIAD ZINE,

                      Defendants.

---

## CORPORATE DISCLOSURE STATEMENT

        Pursuant to Federal Rule of Procedure 7.1(a), defendant Peraso Technologies Inc., states that it has no parent corporation and Qorvo International Pte. Ltd. holds more than 10 percent of Peraso's outstanding shares.

Dated:   March 27, 2020

                                **HODGSON RUSS LLP**
                                *Attorneys for Defendant Peraso Technologies Inc.*

                                By /s/    Jodyann Galvin
                                    Jodyann Galvin
                                140 Pearl Street, Suite 100
                                Buffalo, New York 14202
                                (716) 856-4000
                                *jgalvin@hodgsonruss.com*