UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBIQUITI INC.,

                         Plaintiff,

    v.                                                         Civil No.: 20-CV-1312

PERASO TECHNOLOGIES INC., BILL McLEAN,
JIM WHITAKER, SHAWN ABBOT, DAVID
ADDERLEY, IMED ZINE and RIAD ZINE,

                         Defendants.

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby appears on behalf of defendant Bill McLean (proper name William A. McLean) in the above-captioned matter, and that we hereby demand service upon us of a copy of all subsequent written communications, pleadings, notices, or other papers.

Dated:       April 1, 2020

                                                **HODGSON RUSS** LLP
                                                *Attorneys for Defendant William A. McLean*

                                   By:    s/Jodyann Galvin
                                                 Jodyann Galvin
                                                 The Guaranty Building
                                                 140 Pearl Street
                                                 Suite 100
                                                 Buffalo, New York 14202-4040
                                                 Telephone: 716.848.1520