UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBIQUITI INC.,

                      Plaintiff,

    v.                                                    Civil No.: 20-CV-1312

PERASO TECHNOLOGIES INC., BILL McLEAN,
JIM WHITAKER, SHAWN ABBOT, DAVID
ADDERLEY, IMED ZINE and RIAD ZINE,

                      Defendants.

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby appears on behalf of defendant Imed Zine in the above-captioned matter, and that we hereby demand service upon us of a copy of all subsequent written communications, pleadings, notices, or other papers.

Dated:        April 1, 2020

                                          **HODGSON RUSS** LLP
                                          *Attorneys for Defendant Imed Zine*

                                  By:    s/Jodyann Galvin
                                                  Jodyann Galvin
                                                  The Guaranty Building
                                                  140 Pearl Street
                                                  Suite 100
                                                  Buffalo, New York 14202-4040
                                                  Telephone: 716.848.1520