| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | MARIO AIETA | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8755 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 818 9606 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* MAieta@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO AND SRI LANKA |

April 17, 2020

VIA ECF

Hon. Gabriel W. Gorenstein United States
Magistrate Judge United States District
Court, Southern District of New York 500
Pearl Street New York, New York 10007

    Re:    <u>*Ubiquiti Inc. v. Peraso Technologies Inc. et al*,</u>
              <u>S.D.N.Y., Index No. 1:20-CV-1312</u>

Dear Magistrate Judge Gorenstein:

    We represent plaintiff Ubiquiti Inc. and write to request the Court's approval of an extension of time until April 24, 2020, for Plaintiff to answer the counterclaims set forth in the Answer of defendant Peraso Technologies, Inc. (ECF Doc. No. 26). Counsel for Peraso agrees to this request for an extension. There has been no previous request for an extension of time to answer Peraso's counterclaims.

                                    Respectfully submitted,

                                    Mario Aieta

cc:    Jodyann Galvin, Esq.
        (counsel for Peraso Technologies, Inc.)