UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBIQUITI INC.,

                         Plaintiff,

     v.                                            Civil No.: 20-CV-1312

PERASO TECHNOLOGIES INC., BILL McLEAN,
JIM WHITAKER, SHAWN ABBOT, DAVID
ADDERLEY, IMED ZINE and RIAD ZINE,

                        Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby appears on behalf of defendant David Adderley in the above-captioned matter, and that we hereby demand service upon us of a copy of all subsequent written communications, pleadings, notices, or other papers.

Dated:      May 1, 2020

                                                **HODGSON RUSS** LLP
                                                *Attorneys for Defendant David Adderley*

                                     By:     s/Jodyann Galvin
                                                     Jodyann Galvin
                                                     The Guaranty Building
                                                     140 Pearl Street
                                                     Suite 100
                                                     Buffalo, New York 14202-4040
                                                     Telephone: 716.848.1520