UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBIQUITI INC.,

                Plaintiff,

v.                                             Civil No.: 20-CV-1312

PERASO TECHNOLOGIES INC., BILL McLEAN,
JIM WHITAKER, SHAWN ABBOT, DAVID
ADDERLEY, IMED ZINE and RIAD ZINE,

                Defendants.

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby appears on behalf of defendant Riadh Zine in the above-captioned matter, and that we hereby demand service upon us of a copy of all subsequent written communications, pleadings, notices, or other papers.

Dated:      May 1, 2020

                                        **HODGSON RUSS** LLP
                                        *Attorneys for Defendant Riadh Zine*

                            By:    s/Jodyann Galvin
                                        Jodyann Galvin
                                        The Guaranty Building
                                        140 Pearl Street
                                        Suite 100
                                        Buffalo, New York 14202-4040
                                        Telephone: 716.848.1520