UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBIQUITI INC.,

                Plaintiff,

v.    Civil No.: 20-CV-1312

PERASO TECHNOLOGIES INC., BILL McLEAN,
JIM WHITAKER, SHAWN ABBOT, DAVID
ADDERLEY, IMED ZINE and RIAD ZINE,

                Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby appears on behalf of defendant Jim Whitaker (proper name William James Whitaker) in the above-captioned matter, and that we hereby demand service upon us of a copy of all subsequent written communications, pleadings, notices, or other papers.

Dated:    May 1, 2020

                **HODGSON RUSS** LLP
                *Attorneys for Defendant William James Whitaker*

                By:    s/Jodyann Galvin
                      Jodyann Galvin
                      The Guaranty Building
                      140 Pearl Street
                      Suite 100
                      Buffalo, New York 14202-4040
                      Telephone: 716.848.1520