UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UBIQUITI INC.,

                         Plaintiff,

       v.                                             Civil No.: 20-CV-1312

PERASO TECHNOLOGIES INC., BILL McLEAN,
JIM WHITAKER, SHAWN ABBOT, DAVID
ADDERLEY, IMED ZINE and RIAD ZINE,

                         Defendants.

_____

## DECLARATION OF DAVID M. ADDERLEY
## IN SUPPORT OF MOTION TO DISMISS

        David M. Adderley, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

        1.      I make this declaration in support of the joint motion to dismiss Ubiquiti's Amended Complaint (Dkt. 10) made by myself and do so based on only my personal knowledge.

        2.      I am a member of the Board of Directors for defendant Peraso Technologies, Inc. ("Peraso") and have held that position since November 1, 2018.  I am also the president of Celtic-GCI SPV I GP Inc., the president of Celtic House General Partner (Fund III) (U.S.) Inc., the President of Celtic House SPV II GP Inc, and a partner in Celtic House General Partner (Fund III) Inc.

        3.      I have reviewed the Amended Complaint (Dkt. 10) filed against Peraso, myself, and the other individual defendants.

4.      I am a resident of Ottawa, Ontario.  I am not, and have never been, a resident of New York State.

5.      I have not agreed to be subject to the jurisdiction of this Court in the License and Development Agreement at issue in this case (Dkt. 10, ¶ 19) or in any other agreement between Peraso and Ubiquiti.

6.      I was not personally involved in negotiating any agreements with Ubiquiti and have not communicated directly with any of their employees or representatives at any time.

7.      I have not traveled to New York in connection with the negotiation of any agreements with Ubiquiti.  In fact, I have not traveled to New York since 2010, and that was for reasons unrelated to Peraso and Ubiquiti.

8.      Ubiquiti has alleged that co-defendant William McLean "advised Ubiquiti that . . . the Default Notice did not require a response because the Third Tranche Development Milestones had not been achieved prior to October 31, 2019."  Dkt. 10, ¶ 44.  I was not involved in any such conversations, and I am not aware of any alleged communication by Mr. McLean making these statements.

9.      None of my communications or discussions with co-defendants William McLean, Riadh Zine, Imed Zine, Jim Whitaker, or Shawn Abbott relating to the termination of the agreements with Ubiquiti (Dkt. 10, ¶ 45) occurred in New York.

10.     None of my communications or discussions with William McLean, Riadh Zine, Imed Zine, Jim Whitaker, or Shawn Abbott relating to the third-party purchaser (Dkt. 10, ¶ 45) occurred in New York.

Date:   May 1, 2020

_____
David M. Adderley

092118.00000 Litigation 15475320v1