UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBIQUITI INC.,

                         Plaintiff,

     v.                                        Civil No.: 20-CV-1312

PERASO TECHNOLOGIES INC., BILL McLEAN,
JIM WHITAKER, SHAWN ABBOT, DAVID
ADDERLEY, IMED ZINE and RIAD ZINE,

                         Defendants.

## ORDER

This matter is before the Court on the Joint Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted and lack of personal jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). The joint motion was brought by Defendants William McLean (named in the caption as Bill McLean), William James Whitaker (named in the caption as Jim Whitaker), David Adderley, Imed Zine and Riadh Zine (named in the caption as Riad Zine).

The Court has considered the motion and arguments raised in support of and against the motion, and

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss is **GRANTED** and Plaintiff's Amended Complaint as against Defendants William McLean, William James Whitaker, David Adderley, Imed Zine, and Riadh Zine is dismissed with prejudice.

Date: _____

                                            _____
                                              Hon. Laura T. Swain
                                              United States District Court Judge

092118.00000 Litigation 15483701v1