| | Duane Morris® | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | MARIO AIETA | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8755 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 818 9606 | LAS VEGAS |
| LOS ANGELES | E-MAIL: MAieta@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

May 19, 2020

Via ECF

The Honorable Laura Taylor Swain
U.S.D.C. Southern District of New York
Room 1620
500 Pearl Street
New York, NY  10007

   Re: <u>**UBIQUITI INC. v. PERASO TECHNOLOGIES INC., et al., 20 Civ. 1312 (LTS) (GWG)**</u>

Dear Judge Swain,

  We represent Ubiquiti Inc., the plaintiff in the above-captioned matter.  Pursuant to the Court's order of May 15, 2020, we write to advise the Court that the Defendants, through their counsel, have stipulated to the filing of the Second Amended Complaint.  The parties have also stipulated that Plaintiff will file the Second Amended Complaint on or before May 22, 2020, and Defendants will respond to the Second Amended Complaint on or before June 12, 2020.

               Respectfully submitted,

               Mario Aieta

Attachment

cc: Jodyann Galvin, Esq.
   (counsel for Defendants)

Duane Morris LLP
230 Park Avenue, Suite 1130   New York, NY 10169-0079   Phone: +1 212 818 9200   Fax: +1 212 818 9606