NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

**Duane Morris®**

*FIRM and AFFILIATE OFFICES*

MARIO AIETA
DIRECT DIAL: +1 212 404 8755
PERSONAL FAX: +1 212 818 9606
*E-MAIL:* MAieta@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

May 19, 2020

Via ECF

The Honorable Laura Taylor Swain
U.S.D.C. Southern District of New York
Room 1620
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

Re:  <u>UBIQUITI INC. v. PERASO TECHNOLOGIES INC., et al., 20 Civ. 1312 (LTS) (GWG)</u>

Dear Judge Swain,

We represent Ubiquiti Inc., the plaintiff in the above-captioned matter.  Pursuant to the Court's order of May 15, 2020, we write to advise the Court that the Defendants, through their counsel, have stipulated to the filing of the Second Amended Complaint.  The parties have also stipulated that Plaintiff will file the Second Amended Complaint on or before May 22, 2020, and Defendants will respond to the Second Amended Complaint on or before June 12, 2020.

The foregoing stipulated schedule is approved.  In light of the agreed filing of a Second Amended Complaint, the pending motion to dismiss the Amended Complaint (DE#41) is terminated without prejudice.
SO ORDERED.
/s/ Laura Taylor Swain, USDJ 5/19/2020

Respectfully submitted,

Mario Aieta

Attachment

cc:   Jodyann Galvin, Esq.
      (counsel for Defendants)