UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UBIQUITI INC.,

                Plaintiff,

v.

PERASO TECHNOLOGIES INC., WILLIAM A. McLEAN, WILLIAM JAMES WHITAKER, SHAWN ABBOTT, DAVID ADDERLEY, IMED ZINE and RIADH ZINE,

                Defendants.

Civil No.: 20-CV-1312

---

## NOTICE OF ORDER
## GRANTING PROVISIONAL RELIEF

**PLEASE TAKE NOTICE THAT**:

On June 10, 2020, the undersigned counsel filed a Notice of Chapter 15 Bankruptcy Proceeding in the Southern District of New York and Interim Stay Related to a Recognition Proceeding for Restructuring Under Canada's Companies' Creditors Arrangement Act (Dkt. 57). The Notice indicated that the Honorable Sean H. Lane of the United States Bankruptcy Court, Southern District of New York, had granted an interim stay of this action as to all Defendants on the record.

The Bankruptcy Court subsequently issued an Order Granting Provisional Relief, memorializing the interim stay as to all Defendants. A copy of the Order, giving full force and effect to the Initial Order of the Ontario Superior Court of Justice, is attached as Exhibit A. *See* Ex. A at 3, ¶ 2.

Dated: June 11, 2020

                                                                                               Respectfully,

                                                                                               ___s/Jodyann Galvin_____
                                                                                               Jodyann Galvin
      HODGSON RUSS LLP
*Attorneys for Defendants Peraso Technologies Inc., William A. McLean, William James Whitaker, David Adderley, Imed Zine, and Riadh Zine*
140 Pearl Street, Suite 100
Buffalo, NY 14202
716-848-1520